AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

FILED
U.S. ... COURT
... A

2008 FEB 29 P 2: 24

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Kerry Gabriel a/k/a "Yellow" ) | Case No: 04-164-JVP-SCR |
| ) | USM No: 04245-095 |
| Date of Previous Judgment: March 30, 2005 ) | Jean M. Faria |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [ ] the defendant [ ] the Director of the Bureau of Prisons [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

IT IS ORDERED that the motion is:
[ ] DENIED. [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __60 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __27__    Amended Offense Level: __25__
Criminal History Category: __III__    Criminal History Category: __III__
Previous Guideline Range: __87__ to __108__ months    Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[x] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __3-30-05__ shall remain in effect.
IT IS SO ORDERED.

Order Date: February 29, 2008

_Judge's signature_

Effective Date: March 13, 2008
(if different from order date)

John V. Parker, U.S. District Judge
Printed name and title